UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HILLS HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FRYE, et al.,<br><br>Defendants. | Case No.: 3:20-cv-00461-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 43]** |

Before the Court is the parties' Joint Motion to Dismiss. ECF No. 43. The parties filed the Joint Motion for Dismissal in light of their settlement during the January 10, 2022 Second Early Neutral Evaluation Conference, where all parties agreed to the terms of the settlement on the record. ECF No. 32. As part of the settlement agreement, the parties agreed to consent to the undersigned to become the presiding judge in this matter in order to retain continuing jurisdiction to enforce the parties' agreement. *See* ECF Nos. 32, 39.

Upon due consideration, and good cause appearing, **IT IS HEREBY ORDERED** that the Joint Motion to Dismiss (ECF No. 43) is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each party to bear its own costs and fees. The Clerk of Court will close the case file.

2.  The Order to Show Cause hearing scheduled for April 25, 2022 is **VACATED**. *See* ECF No. 41 ("If the parties timely file a Joint Motion for Dismissal, this in-person hearing will be vacated without further court order").

3.  This Court will retain jurisdiction to enforce the terms of, and resolve all disputes arising out of, the parties' confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  April 25, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge